FILED
8/17/17 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jonathan J. Rossell<br><br>                       Debtor(s)<br><br>VANDERBILT MORTGAGE AND FINANCE, INC.,<br>its successors and/or assigns<br>                       Movant<br>                       v.<br>Jonathan J. Rossell<br>                       Respondent(s)<br>                   and<br>Jeffrey J. Sikirica, Trustee<br>                       Additional Respondent | BK. NO. 17-21725 GLT<br><br>CHAPTER 7<br><br>Related Dkt. No. 16 |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

      This __17th__ day of __August__, 2017, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

      **ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 919 Fayette Avenue, Belle Vernon, PA 15012.

      Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

Dated: 8/17/17

                                                           GREGORY L. TADDONIO  hct
                                                           United States Bankruptcy Judge

James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
Attorney for Movant/Applicant

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathan J Rossell  
       Debtor

Case No. 17-21725-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Aug 18, 2017  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.  
db          +Jonathan J Rossell,   1104 Countryside Drive,   Mc Kees Rocks, PA 15136-1228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:  
      James Warmbrodt    on behalf of Creditor    Vanderbilt Mortgage and Finance, Inc.  bkgroup@kmllawgroup.com  
      Jeffrey J. Sikirica    trusteesikirica@consolidated.net,  PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Paul M. Daniels    on behalf of Debtor Jonathan J Rossell paul@pauldanielslaw.com,  robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com  
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                    TOTAL: 5