IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :       Case No. 17-21725-GLT
Jonathan J. Rossell                 :
                                    :       Chapter 7
        *Debtor(s)*                 :
                                    :

## **ORDER**

*Whereas*, in a Chapter 7 case, within 60 days after the first date set for the meeting of creditors under *§341* of the Bankruptcy Code, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a **Statement** regarding completion of a course in personal financial management, or a **Certification** that the Debtor is not required to complete such course due to incapacity, dischargability, or active military duty; and

*Whereas*, *11 U.S.C. §727 (a)(11)* provides that the Court shall not grant a discharge unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so; and

*Whereas*, the Debtor(s) failed to file a *Certification* substantially conforming to *Official Form No. 423*, Certification of Completion of Instructional Course Concerning Personal Financial Management, that reflected timely attendance at a course in personal financial management or basis for excuse from such obligation.

It is hereby **ORDERED, ADJUDGED and DECREED** that this case will be closed without entry of a discharge order. Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

Dated:  September 7, 2017                          Gregory L. Taddonio
                                              United States Bankruptcy Judge

#63b-D
Revised 12/1/15

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-21725-GLT
Jonathan J Rossell                                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr                Page 1 of 1              Date Rcvd: Sep 07, 2017
                              Form ID: pdf900           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
db          +Jonathan J Rossell,    1104 Countryside Drive,    Mc Kees Rocks, PA 15136-1228
cr          +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14410535    #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14410536    +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14410537    +Credit Protection Assoc,    Po Box 802068,    Dallas, TX 75380-2068
14410538    +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
              Omaha, NE 68102-1593
14410540    +KML Law Group PC,    BNY Mellon Independence Center,    Suite 5000,    701 Market Street,
              Philadelphia, PA 19106-1541
14410542    +Melinda Jolley,    1187 Connellsville Road,    Fayette City, PA 15438-1017
14410543    +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
14410544    +VA Loan Center,    3333 North Central Avenue,    Phoenix, AZ 85012-2436
14410545    +Vanderbilt Mortgage,    Attn: Bankruptcy Dept,    P.O. Box 9800,    Maryville, TN 37802-9800
14410546    +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
              Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14410534     +E-mail/Text: ally@ebn.phinsolutions.com Sep 08 2017 03:17:29     Ally Financial,
              Po Box 380901,    Bloomington, MN 55438-0901
14410539     +E-mail/Text: cio.bncmail@irs.gov Sep 08 2017 03:17:34     Internal Revenue Service,
              Centralized Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
14410541     +E-mail/Text: bk@lendingclub.com Sep 08 2017 03:18:20     Lending Club Corp,    71 Stevenson St,
              Suite 300,    San Francisco, CA 94105-2985
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Vanderbilt Mortgage and Finance, Inc.
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
              Christian M Rieger    on behalf of Debtor Jonathan J Rossell chris@pauldanielslaw.com,
               paul@pauldanielslaw.com
              James Warmbrodt    on behalf of Creditor    Vanderbilt Mortgage and Finance, Inc.
               bkgroup@kmllawgroup.com
              Jeffery J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5